Kon
10/1/15

2015 OCT -1 AM 9:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____MXN____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **15MJ8898** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | |
| Juan Carlos COTA, | Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 30, 2015, within the Southern District of California, defendant Juan Carlos COTA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Arthur ALAMILLA-Tejero, Jose CAUICH-Beltran, and Antonio RIOS-Morales, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

KBM

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ADAM L. HUNTER
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1ST DAY OF OCTOBER 2015.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

KBH

UNITED STATES OF AMERICA
v.
Juan Carlos COTA

## STATEMENT OF FACTS

This complaint is based upon statements in investigative report by Border Patrol Agent (BPA) J. Lemay that on September 30, 2015, Juan Carlos COTA (COTA), a United States Citizen, was arrested near Winterhaven, California while transporting three undocumented aliens in violation of Title 8, United States Code, Section 1324.

On September 30, 2015, at approximately 10:11 p.m., Remote Video Surveillance System (RVSS) operator BPA J. Moreno observed three individuals suspected of making an illegal entry into the United States by climbing the International Fence located near Winterhaven, California.

BPA Moreno maintained visual of the three individuals as they ran north towards Interstate 8 (I-8) and concealed themselves in the brush just north of the highway. At approximately 10:27 p.m. BPA Moreno observed a four door sedan, later identified as a brown Nissan Maxima (Nissan) bearing California License Plate 5DUL414, stop near the location of the suspected illegal aliens. BPA Moreno observed the three individuals come out of their place of concealment to enter the Nissan.

The Nissan then re-entered the I-8 and continued driving west. BPA J. Lemay, in a fully marked Border Patrol vehicle equipped with lights and sirens, positioned himself behind the Nissan. The Nissan began to drive erratically, accelerating and weaving in

and out of traffic. BPA Lemay initiated a vehicle stop by activating his emergency lights and sirens on his marked vehicle. The Nissan failed to yield and continued driving west on I-8 while accelerating his speed. BPA Lemay advised agents in the area via his service radio that the Nissan had failed to yield.

BPA J. Bourque deployed a Controlled Tire Deflation Device in an unsuccessful attempt to stop the Nissan safely. The Nissan continued driving erratically for approximately another mile and a half at which point the Nissan came to a stop on the side of the I-8. BPA Lemay approached the vehicle, identified himself as a BPA, and questioned the driver, later identified as Juan Carlos COTA as to his citizenship and ascertained COTA to be a United States Citizen.

BPA Lemay identified himself as a BPA to the remaining occupants of the Nissan, later identified as Arthur ALAMILLA-Tejero, Jose CAUICH-Beltran, and Antonio RIOS-Morales, and individually questioned them as to their citizenship. BPA Lemay ascertained ALAMILLA, CAUICH, and RIOS, to be citizens of Mexico without the proper immigration documentation to enter, reside, or work in the United States legally. BPA Lemay placed all vehicle occupants under arrest and transported them to the Calexico Border Patrol Station for further processing.

Material Witnesses ALAMILLA and CAUICH stated they were going to individually pay between $6,000 and $8,000 United Stated Dollars (USD) to be smuggled into the United States illegally.

KBM

The complainant states the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
| --- | --- |
| Arthur ALAMILLA-Tejero | Mexico |
| Jose CAUICH-Beltran | Mexico |
| Antonio RIOS-Morales | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.