# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Juan Carlos Cota

FILED
2020 MAR 23  P 4: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**WARRANT FOR ARREST**

5/237 298

Case Number: 15-cr-02765-H

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Juan Carlos Cota
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
                                                                                     ☐ Pretrial Violation

charging him or her with (brief description of offense):

ARRESTED BY: 12/15/19
HSI @ Calexico POE
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: Maria

RECEIVED 2018 JUL 18 AM 10:22 U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ L. Cervantes  *L. Cervantes* | 7/17/2018; San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___   by   The Honorable Marilyn L. Huff
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |